IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA

v.

RAYSHAWN EARL MOTLEY,

Defendant.

SEALED INDICTMENT

Case No. 22 CR 031 WMC

18 U.S.C. § 922(g)(1)

---

THE GRAND JURY CHARGES:

## COUNT 1

On or about June 21, 2021, in the Western District of Wisconsin, the defendant,

RAYSHAWN EARL MOTLEY,

knowing he had previously been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly and unlawfully possessed in or affecting commerce a loaded Smith & Wesson M&P Bodyguard .380 caliber handgun and Blazer .380 ammunition, said firearm and ammunition having previously traveled in and affected interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(1)).

A TRUE BILL

PRESIDING JUROR

Indictment returned: 03-09-2022

TIMOTHY M. O'SHEA
United States Attorney