Query   Reports   Utilities   Help   What's New   Log Out

CLOSED,RULE5

# U.S. District Court
# U.S. District of Minnesota (DMN)
# CRIMINAL DOCKET FOR CASE #: 0:22-mj-00272-BRT All Defendants

Case title: USA v. Motley

Date Filed: 03/28/2022

Date Terminated: 03/30/2022

Assigned to: Magistrate Judge Becky R. Thorson

**Defendant (1)**

**Rayshawn Earl Motley**
*TERMINATED: 03/30/2022*

represented by **Douglas Olson**
Office of the Federal Defender
300 S 4th St, Ste 107
Minneapolis, MN 55415
612-664-5858
Fax: 612-664-5850
Email: doug_olson@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Katherian D Roe**
Office of the Federal Defender
300 S 4th St Ste 107
Mpls, MN 55415
612-664-5858
Fax: 612-664-5850
Email: katherian_roe@fd.org
*TERMINATED: 03/29/2022*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**      **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**      **Disposition**

18:922(g)(1)

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Evan Gilead** <br> DOJ-USAO <br> 300 South 4th Street <br> Ste 600 <br> Minneapolis, MN 55415 <br> 612-664-5656 <br> Email: evan.gilead@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

[Email All Attorneys]
[Email All Attorneys and Additional Recipients]

| Date Filed | # | Docket Text |
|---|---|---|
| 03/28/2022 | | Arrest (Rule 5) of Rayshawn Earl Motley (MME) (Entered: 03/28/2022) |
| 03/28/2022 | 1 | Minute Entry for proceedings held before Magistrate Judge Becky R. Thorson: Initial Appearance in Rule 5(c) (3) Proceedings as to Rayshawn Earl Motley held on 3/28/2022. Charges from the Western District of Wisconsin. Counsel appointed. Removal and Detention Hearing set for 3/30/2022 at 10:00 AM in Video Conference (no courtroom) before Magistrate Judge Becky R. Thorson. Deft consents to hearing via video conference. (MME) (Entered: 03/28/2022) |
| 03/28/2022 | 2 | ORDER OF PRELIMINARY DETENTION as to Rayshawn Earl Motley. Detention and Removal Hearing set for 3/30/2022 at 10:00 AM in Video Conference (no courtroom) before Magistrate Judge Becky R. Thorson. Signed by Magistrate Judge Becky R. Thorson on 3/28/2022. (MME) (Entered: 03/28/2022) |
| 03/29/2022 | 3 | NOTICE OF ATTORNEY APPEARANCE for Rayshawn Earl Motley. (Olson, Douglas) (Entered: 03/29/2022) |
| 03/29/2022 | 4 | (Text-Only) ORDER/NOTICE as to Rayshawn Earl Motley: Detention and Removal Hearing IS NOW set for 3/30/2022 at 11:00 AM in Video Conference (no courtroom) before Magistrate Judge Becky R. Thorson. TIME CHANGE ONLY. Ordered by Magistrate Judge Becky R. Thorson on 3/29/2022. (SAE) (Entered: 03/29/2022) |

| | | |
|---|---|---|
| 03/30/2022 | 6 | Minute Entry for proceedings held before Magistrate Judge Becky R. Thorson: Removal Hearing and Detention Hearing as to Rayshawn Earl Motley held on 3/30/2022. Counsel present. Deft ordered detainted-Govt to submit order. Deft waives right to removal hearing and removed to charging district. Deft consents to this hearing via video conference. (Court Reporter Kristine Mousseau) (NAH) (Entered: 03/30/2022) |
| 03/30/2022 | 7 | COMMITMENT TO ANOTHER DISTRICT as to Rayshawn Earl Motley. Defendant committed to Western District of Wisconsin. Signed by Magistrate Judge Becky R. Thorson on 3/30/2022. (NAH) (Entered: 03/30/2022) |
| 03/30/2022 | 8 | ORDER OF REMOVAL to Western District of Wisconsin as to Rayshawn Earl Motley. Signed by Magistrate Judge Becky R. Thorson on 3/30/2022. (NAH) (Entered: 03/30/2022) |
| 03/30/2022 | 9 | Notice to Western District of Wisconsin of a Rule 5 as to Rayshawn Earl Motley. Your case number is: 22-cr-31 WMC. (If you need certified copies, please send a request to InterDistrictTransfer_MND@mnd.uscourts.gov.) (If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (NAH) (Entered: 03/30/2022) |