# FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.

LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
John W. Campion
Jessica Arden Ettinger
Anderson M. Gansner
Gabriela A. Leija
Dennise Moreno
Ronnie V. Murray
Tom E. Phillip
Joshua D. Uller
Alexander P. Vlisides

22 East Mifflin Street
Suite 1000
Madison, Wisconsin 53703

Telephone 608-260-9900
Facsimile 608-260-9901

July 1, 2022

Honorable Stephen L. Crocker
United States Magistrate Judge
120 North Henry Street
Madison, Wisconsin 53703

Re:   *United States v. Rayshawn Motley*
       Case No. 22-cr-31-wmc

Dear Judge Crocker:

Pursuant to the Court's Scheduling Order in this matter, pretrial motions are due by July 1, 2022. I am writing to inform the Court that I will not be filing any such motions. Mr. Motley waives his right to appear in court for the pretrial motion hearing, and the defense therefore has no objection to holding the pretrial motion hearing telephonically.

Thank you for your time in considering this matter.

Sincerely,

*/s/ Alexander P. Vlisides*

Alexander P. Vlisides
Associate Federal Defender