IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

     v.

Rayshawn Earl Motley,

     Defendant.

Case No. 22-cr-31-wmc-1

### ORDER MODIFYING VOLUNTARY SURRENDER DATE

IT IS ORDERED that Rayshawn Earl Motley (Reg. No. 92981-509), defendant in the above-referenced case, having been sentenced to the custody of the Bureau of Prisons, is hereby ordered to self-surrender to the Bureau of Prisons by reporting in person at the U.S. Penitentiary in Leavenworth, Kansas, on Tuesday, February 28, 2023, between noon and 2:00 p.m. The physical address of said medium security facility is 1300 Metropolitan Avenue in Leavenworth, Kansas 66048. The facility's phone number is (913) 682-8700.

IT IS ALSO ORDERED that the Bureau of Prisons or its authorized representative is designated as an officer of the Court for the purpose of receiving defendant to begin commencement of defendant's sentence.

IT IS FURTHER ORDERED that a certified copy of this order be mailed to defendant by certified mail.

     Entered this 6th day of February 2023.

                                        BY THE COURT:

                                        WILLIAM M. CONLEY
                                        District Judge